JAMES F. PACE v. CITY OF CHARLOTTE.

(Filed 29 April, 1942.)

**Municipal Corporations § 14—**

   This action was instituted by a pedestrian who, while walking on
crutches, was injured when one of his crutches went into a hole in the
grassy strip between the sidewalk and the street, causing him to fall.
There was evidence that the hole was 3 or 4 inches in diameter, partially
filled with leaves and trash so that it was not observable. *Held:* The
municipality's motion to nonsuit was properly granted.

APPEAL by plaintiff from *Pless, J.,* at February Term, 1942, of
MECKLENBURG.

Civil action to recover damages for personal injuries sustained by
plaintiff on a public street in the city of Charlotte.

The plaintiff is a one-legged man and walks on crutches. At about
"dusk-dark" on the evening of 20 September, 1940, he was walking on
the easterly sidewalk of North Graham Street with his right crutch and
foot on the paved portion of the sidewalk and his left crutch on the
grassy strip between the paved portion of the sidewalk and the curbing.
His left crutch went into a hole in the grassy strip, and plaintiff was
thrown out into the street and injured. He says, "My crutch went in the
hole, and I went out in the road. I hurt my knee. My head hit the
asphalt." The plaintiff lost no time from his work.

The hole was 3 or 4 inches in diameter, 15 or 18 inches deep, partially
filled with leaves and trash, and grass had grown over it so that it was
not observable. The city engineer on looking for it after the injury at
first passed it without seeing it. It was too small for a man's foot, but
large enough for a crutch.

From judgment of nonsuit entered at the close of plaintiff's evidence,
he appeals, assigning error.

*J. M. Scarborough for plaintiff, appellant.*
*Tillett & Campbell for defendant, appellee.*

PER CURIAM. A careful perusal of the record leaves us with the
impression that the judgment of nonsuit should be upheld. *Watkins v.
Raleigh,* 214 N. C., 644, 200 S. E., 424; *Houston v. Monroe,* 213 N. C.,
788, 197 S. E., 571; *Gettys v. Marion,* 218 N. C., 266, 10 S. E. (2d), 799.
   Affirmed.